

## METHFESSEL & WERBEL
A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
MARC DEMBLING*+
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>

Of Counsel
JOHN METHFESSEL, SR.>
DONALD L. CROWLEY*+
ED THORNTON*>

Counsel
PAUL J. ENDLER JR.>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
ACHILLE ALIPOUR+
JANICE V. ARELLANO>
CHRISTIAN R. BAILLIE+
EDWARD D DEMBLING>
MICHAEL R. EATROFF>
JAMES FOXEN^
JENNIFER M. HERRMANN^=
MAURICE  JEFFERSON>
FRANK J. KEENAN+^

Associates, Cont'd
ALLISON M. KOENKE>
VIVIAN LEKKAS+
DIAA J. MUSLEH+
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
BORIS SHAPIRO>
TIM C. SHEEHAN>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
  Member of PA Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

July 14, 2017

**Via Electronic Filing**
United States Magistrate Mark Falk
United States District Court - New Jersey
USPO & Courthouse
1 Federal Sq., Room 457
Newark, NJ  07101

RE: **DR. IAN LANGER VS. UNUM**
    Our File No.     : 84143 FPG
    Docket No.       : 2:17-CV-04253-WJM-MF
    Date of Conference: July 8, 2017

Dear Sir/Madam:

Please be advised that this matter has settled.  The parties are working on
closing papers.   Accordingly it is requested that the conference be
cancelled.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Fredric Paul Gallin
gallin@methwerb.com
Ext. 162

FPG:las

cc: **Via Electronic Filing**
    Robert T. Pindulic, Esq.
    White and Williams, LLP
    One Riverfront Plaza
    1037 Raymond Boulevard
    Suite 230
    Newark, NJ 07102-5425